## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

SADIQULLAH SALARZAI,

     **Plaintiff,**

                   :

**v.**

**UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,**

                   :

     **Defendant.**

**Case No. 2:26-cv-668
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura**

## OPINION AND ORDER

On June 9, 2026, the Court granted Sadiqullah Salarzai's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) and ordered the United States Citizenship and Immigration Services ("USCIS") to adjudicate Mr. Salarzai's Form I-765 Application for Employment Authorization ("EAD Application") on or before June 12, 2026. (ECF No. 14.) The parties represent that USCIS has done so, and Mr. Salarzai accordingly requests that the Court enter final judgment for purposes of attorney's fees under the Equal Access to Justice Act ("EAJA"). (ECF No. 20.)

Considering USCIS's adjudication of Mr. Salarzai's EAD Application, the Court finds that there are no further issues requiring resolution. Mr. Salarzai's request for an entry of final judgment is **GRANTED**. The Clerk is **DIRECTED** to enter judgment for Mr. Salarzai in this case.

     **IT IS SO ORDERED.**

                /s/ Sarah D. Morrison
                **SARAH D. MORRISON, CHIEF JUDGE
UNITED STATES DISTRICT COURT**